396 A.2d 847

Williams v. County of Allegheny et al., Appellants.

Argued October 25, 1978.   John G. Arch, Assistant County Solicitor, for appellants;  Samuel J. Pasquarelli, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

396 A.2d 848

Ziegler, Appellant, v. Safeco Insurance Company of America.

Argued October 24, 1978.   Maxine M. Jones, for appellant;  John J. McLean, Jr., for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.